Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Phone: (949) 464-8529
Fax: (949)259-4548
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>        Plaintiff,<br>v.<br><br>ACORN MANAGEMENT INC, a California corporation; VALENCIA IN THE SPOTLIGHT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: **2:21-cv-01519-RSWL-JEMx**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: Plaintiff ANTHONY BOUYER and Defendant VALENCIA IN THE SPOTLIGHT, LLC, (collectively the "Parties") have reached a settlement in this matter and expect to file a request for dismissal of the action within thirty (30) days, pending completion of certain terms contained with a confidential settlement agreement.

    Parties request that the Court stay all proceedings pending final settlement on this matter and up on good cause allow the Parties to reopen the action if settlement is not consummated.

Dated: July 6, 2021     **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
     Babak Hashemi, Esq.
     Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I, Babak Hashemi, an attorney admitted to practice before this Court, do hereby certify that on July 6, 2021, I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served electronically and through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: July 6, 2021                              By:  */s/ Babak Hashemi*
                                                         Babak Hashemi, Esq.