JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACORN MANAGEMENT INC, a California corporation; VALENCIA IN THE SPOTLIGHT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:21cv01519RSWL(JEMx)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 30, 2021      __/S/ RONALD S.W. LEW__
                                          United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**
1